**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**BUTTE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**ROMAN RADOMYSLSKY,**<br><br>**Defendant.** | **PO 26-05020-BU-KLD**<br><br>**ORDER**<br><br>**Violation No.: F0EF001H**<br>**Location Code: M4B** |

Before the Court is the motion of the United States to dismiss the violation and vacate all hearings in this matter. For good cause shown, the motion is granted.

IT IS HEREBY ORDERED that Violation No. F0EF001H be dismissed.

IT IS FURTHER ORDERED that all hearings in this matter are VACATED.

DATED this 22nd day of September, 2026.

KATHLEEN L. DESOTO
United States Magistrate Judge